| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Dolinger, Michael H. | 2. Court or Organization<br><br>United States District Court, Southern District of New York | 3. Date of Report<br><br>06/18/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>Room 1670<br>500 Pearl Street<br>New York, New York 10007 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 06/18/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | U.S. Government pension |
| 2. 2011 | Disability insurance benefits -- Unum |
| 3. 2011 | publishing royalties -- various university presses |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 06/18/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA - Fidelity Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 2. IRA - Fidelity Magellan Fund | A | Dividend | K | T | | | | | |
| 3. Arvest securities account (see below) | | | | | | | | | |
| 4. Royal Dutch Shell stock | C | Dividend | K | T | | | | | |
| 5. Arvest Global Stars Fund | A | Dividend | M | T | | | | | |
| 6. Arvest America Stars Fund | A | Dividend | L | T | | | | | |
| 7. DBS Group Holdings stock | B | Dividend | J | T | | | | | |
| 8. Akt N Novartis stock | A | Dividend | K | T | | | | | |
| 9. Akt N Schweizerrische Ruckversicherungs stock | A | Dividend | K | T | | | | | |
| 10. Rabobank Euro Med. Terms Notes | C | Interest | J | T | | | | | |
| 11. Arvest Privatbank cash | A | Interest | J | T | | | | | |
| 12. Nestle stock | A | Dividend | K | T | | | | | |
| 13. 3 1/2% Rabobank Nederland NV | A | Interest | K | T | | | | | |
| 14. Glaxo Smith Kline stock | A | Dividend | | | Sold | 10/11/11 | J | A | |
| 15. 9 1/4 Kreditanstalt Fuer Weideraufbau | A | Interest | K | T | | | | | |
| 16. 5.2% Rabobank Nederland Utrecht | B | Interest | L | T | | | | | |
| 17. Obayashi Corp. stock | A | Dividend | | | Sold | 09/22/11 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. People's Food Holding stock | A | Dividend | K | T | | | | | |
| 19. GS Roche Holding stock | A | Dividend | J | T | | | | | |
| 20. Toyota Motor Corp. stock | A | Dividend | K | T | | | | | |
| 21. UBS AG stock | A | Dividend | J | T | | | | | |
| 22. European Inv. Bank ___ coupon | A | Interest | | | Redeemed | 04/12/11 | J | A | |
| 23. Nokia Corp. stock | A | Dividend | J | T | | | | | |
| 24. Sankyo Co. stock | A | Dividend | | | Sold | 10/13/11 | J | A | |
| 25. Total Capital 5.5% ___ | A | Interest | | | Sold | 01/28/11 | K | B | |
| 26. Rabobank 4% ___ | A | Interest | K | T | | | | | |
| 27. Stora Enso stock | A | Dividend | J | T | | | | | |
| 28. Home Depot stock | A | Dividend | | | Sold | 02/16/11 | J | A | |
| 29. Zurich Fin. Services stock | A | Dividend | J | T | | | | | |
| 30. 4 3/4% Nestle ___ | B | Interest | | | Redeemed | 01/21/11 | K | A | |
| 31. Huaneng Power Intl stock | A | Dividend | J | T | | | J | | |
| 32. Total SA stock | A | Dividend | K | T | | | K | | |
| 33. Hoya Corp. stock | A | Dividend | K | T | | | J | | |
| 34. Ricoh Co. stock | A | Dividend | J | T | | | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Shiseido Co. stock | A | Dividend | J | T | | | J | | |
| 36. Coca Cola Co. stock | A | Dividend | | | Sold | 11/18/11 | J | A | |
| 37. Walgreen Co. stock | A | Dividend | J | T | | | J | | |
| 38. Ratchaburi NVDR stock | A | Dividend | K | T | | | K | | |
| 39. Mindray Med. Intl stock | A | Dividend | J | T | | | J | | |
| 40. Yingli Green Energy Holding Co. stock | A | Dividend | J | T | Buy (add'l) | 09/19/11 | K | | |
| 41. 5 5/8% Siemens ▓▓▓ coupons | B | Interest | K | T | | | K | | |
| 42. 6.7% LG Telecom Co. ▓▓▓ Coupons | A | Interest | J | T | | | J | | |
| 43. 3% China Green Hldgs) Ltd. ▓▓▓ | A | Interest | J | T | | | J | | |
| 44. ING 401k (see below) ▓ | | | | | | | | | |
| 45. Oppenheimer Dev. Mkts. Fund | A | Dividend | J | T | | | | | |
| 46. Ariel Appreciation Fund | A | Dividend | J | T | | | | | |
| 47. Baron Growth Fund | A | Dividend | J | T | | | | | |
| 48. ING T Rowe Price Growth Equity Portfolio | D | Dividend | K | T | | | | | |
| 49. Fidellity VIP Contrafund Portfolio | A | Dividend | J | T | | | | | |
| 50. Growth Fund of America (Capital Group Cos.) | A | Dividend | K | T | | | | | |
| 51. ING Van Kampen Comstock Portfolio | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Washington Mut. Investors FundSM (sponsor American Funds) | A | Dividend | J | T | | | | | |
| 53. Pax World Blanaced Fund | A | Dividend | J | T | | | | | |
| 54. American Balanced Fund (sponsor T Rowe Price) | A | Dividend | J | T | | | | | |
| 55. ING VP Strategic Alloc. Growth Portfolio | A | Dividend | J | T | | | | | |
| 56. ING VP Strategic Alloc. Inc. Portfolio | A | Dividend | J | T | | | | | |
| 57. Pioneer High Yield Fund | A | Interest | J | T | | | | | |
| 58. ING PIMCO Total Return Port. | A | Dividend | K | T | | | | | |
| 59. ING Solution 2035 Port. | A | Dividend | K | T | | | | | |
| 60. ING Solution Income Port. | A | Dividend | K | T | | | | | |
| 61. ING Thornburg Val. Port. | D | Dividend | K | T | | | | | |
| 62. ING UBS US Large Cap. Equities | D | Dividend | K | T | | | | | |
| 63. ING T Rowe Price Equities Inv. | D | Dividend | K | T | | | | | |
| 64. ING Baron Small Cap. Growth | C | Dividend | K | T | | | | | |
| 65. ING FMR Diversified Mid, Cap. | C | Dividend | K | T | | | | | |
| 66. ING Oppenheimer Global Port. | D | Dividend | K | T | | | | | |
| 67. Wachovia (Wells Fargo) Invest. Account (see below) | | | | | | | | | |
| 68. Chevron Corp. stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Coach Inc. stock | A | Dividend | J | T | | | | | |
| 70. Huntington Exploration stock | A | Dividend | J | T | | | | | |
| 71. BAC 5.875% Cap. TR IV due 5/3/33 | A | Interest | J | T | | | | | |
| 72. ING Group 7.05% Perp. Pfd | A | Interest | J | T | | | | | |
| 73. MetLife 5.875% SR NTS due 11/21/33 | A | Interest | J | T | | | | | |
| 74. Morgan Stanley 6.25% TR Pfd | A | Interest | J | T | | | | | |
| 75. Port Authority NY NJ 116th ser. bond due 10/1//17 | A | Interest | K | T | | | | | |
| 76. Nuveen NY Sel. Muni. Fund | A | Interest | J | T | | | | | |
| 77. Nuveen NY Mun. Value Fund | A | Interest | K | T | | | | | |
| 78. Wachovia (Wells Fargo) money market | A | Interest | J | T | | | | | |
| 79. Highland Floating Rate Fund | A | Interest | K | T | | | | | |
| 80. Wachovia (Wells Fargo) IRA Account (see below) | | | | | | | | | |
| 81. Ameren Corp. stock | A | Dividend | J | T | | | | | |
| 82. BP Plc stock | A | Dividend | J | T | | | | | |
| 83. Coca Cola Co. stock | A | Dividend | J | T | | | | | |
| 84. Walt Disney Co. stock | A | Dividend | J | T | | | | | |
| 85. Exxon Mobil Corp. stovk | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. OGE Energy Corp. stovk | B | Dividend | K | T | | | | | |
| 87. Piedmont Natural Gas stock | A | Dividend | K | T | | | | | |
| 88. CBTCS Goldman Sachs 6% due 2/15/34 | A | Interest | J | T | | | | | |
| 89. Citigroup Cap. 7.125% Pfd due 7/31/31 | B | Interest | K | T | | | | | |
| 90. Merrill Lynch Cap. 7.28% Trust V | A | Interest | J | T | | | | | |
| 91. Morgan Stanley 6.25% Pfd. due 3/1/33 | A | Interest | J | T | | | | | |
| 92. Morgan Stanley 7.25% Tr. Pfd due 7/31/06 | B | Interest | K | T | | | | | |
| 93. Tel & Data Systems SR NOte Ser. A due 12/01/41 | A | Interest | J | T | | | | | |
| 94. Highland Floating Rate Fund | A | Interest | K | T | | | | | |
| 95. Wachovia (Wells Fargo) IRA Account (s) (see below) | | | | | | | | | |
| 96. Alliance Bernstein Port. Balanced Wealth Strategy | A | Dividend | K | T | | | | | |
| 97. Goldman Sachs Equity Growth Fund | A | Dividend | J | T | | | | | |
| 98. Lord Abbett Value Oppenheimer Fund | A | Dividend | J | T | | | | | |
| 99. J.P. Morgan Intrepid Am. Fund | A | Dividend | J | T | | | | | |
| 100. Additions to Arvest holdings | | | | | | | | | |
| 101. Coca-Cola stock | A | Dividend | | | Buy | 05/11/11 | J | | |
| 102. Cocal-Cola stock (see item 101) | | | | | Sold | 11/23/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Nong Shim stock | A | Dividend | | | Buy | 09/14/11 | J | | |
| 104. Nong Shim stock (see item 103) | | | | | Sold | 11/30/11 | J | A | |
| 105. Samsung stock (bought May 26, 2010) | A | Dividend | | | Sold | 11/08/11 | J | C | |
| 106. Fanuc Corp. stock | A | Dividend | J | T | Buy | 09/16/11 | J | | |
| 107. Vale SA pf. | A | Dividend | J | T | Buy | 08/10/11 | J | | |
| 108. Addition to Wachovia (Wells Fargo) secs. acct. | | | | | | | | | |
| 109. AT&T stock (bought July 21, 2010) | A | Dividend | J | T | | | | | |
| 110. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 06/18/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, items 107 and 11:

Purchases of Samsung stock on May 26, 2010 (item 105) and of AT&T stock on July 21, 2010 (item 109) were inadvertenntly omiited from my 2010 FDR. The amounts purchased and the income received in 2010 were as follows:

Samsung stock    A    dividends    T    bought    May 26, 2010    J
AT&T stock      A    dividenda    T    bought    July 21, 2010    J

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael H. Dolinger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544